| | |
|---|---|
| 1<br>2<br>3<br>4 | BENJAMIN B. WAGNER<br>United States Attorney<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California  95814<br>Telephone: (916) 554-2772 |





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The premises at 24645 Clement Avenue, Los Molinos, Tehama County, California, including the residence, garage, all storage areas, all trash receptacles, and the entire grounds and yards; the person of Aimee Sisco; the person of Jesus Bruce; all vehicles registered to Aimee Sisco, including a 2005 Hummer CLP 6PTX303 and a 2000 Chevrolet CLP 4LTW104; and all vehicles registered to Jesus Bruce, including a 1973 AMC CLP 1GL2412, a 2002 Ford, CLP 7M9597, a 1969 Volkswagen, CLP 3AAC893, and a 1994 Ford CLP 5B02795. | S.W. NO. 2:11-sw-271 EFB<br><br>ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

///

///

///

///

1   IT IS HEREBY ORDERED that the search warrant and search warrant
2   affidavit in the above-captioned proceeding be and are hereby
3   unsealed.
4   Date: __July 7__, 2011

    _____
    DALE A. DROZD
    United States Magistrate Judge